George Frost (CA Bar # 158728)
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (510) 666-0141
Facsimile: (510)_295-2562
 geofrost@comcast.net

Alexander Volchegursky (CA Bar # 209172)
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 986-4000
Facsimile: (415) 986-4001

Attorneys for Plaintiff
Maponics, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAPONICS, LLC, a Vermont limited liability company, <br><br> Plaintiff, <br> vs. <br><br> BERNT WAHL, an individual; FACTLE, a California corporation; and DOES 1-20, inclusive <br><br> Defendants. | Case No.: C07-05777 <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

   Pursuant to Civil Local Rule 3-16, the undersigned counsel to Maponics, LLC, certifies that as of this date, other than the named parties, there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations) known to the undersigned to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to this proceeding; or (ii) any other kind of interest that could be substantially affected by the

>>

Certificate of Interested Entities or Persons   1

1 outcome of this proceeding.

2 Dated:   December 7, 2007

3                 Respectfully Submitted,

4         By:       /s/ George Frost

5                 George Frost
                Counsel for Plaintiff