| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Alex Volchegursky, 209172<br>Alex Volchegursky, Esq.<br>235 MONTGOMERY ST STE 600<br>SAN FRANCISCO, CA 94104-2915 | (415) 986-4000 | |
| | Ref. No. or File No.<br>none | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
Maponics, LLC

DEFENDANT:
Wahl, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-05777 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Case Cover Sheet, Summons, Complaint, Exhibit A-1 to the Complaint, Exhibit A-2 to the Complaint, Exhibit B to the Complaint, Exhibit C to the Complaint, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Order Setting Initial Case Management Conference and ADR Deadlines, Contents of Case Management Satement, ECF Registration Information Handout

2. Party Served: Factle, a California Corporation

3. Person Served: Bernt Wahl - Person authorized to accept service of process

    a. Left with: Jane Doe, CF 22 5'3 110 Brn Hr Blu eyes- N/A

4. Date & Time of Delivery: November 20, 2007   3:30 pm

5. Address, City and State: 1911 Martin Luther King Jr. #3
    Berkeley, CA 94704

6. Manner of Service: By leaving the copies with or in the presence of Jane Doe, CF 22 5'3 110 Brn Hr Blu eyes, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

107.75

Registered California process server.
County: ALAMEDA
Registration No.:746
Expiration: July 14, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on November 27, 2007 at Oakland, California.

Signature: *Roderick Thompson*

Roderick Thompson

FF# 6651805

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Alex Volchegursky, 209172 <br> Alex Volchegursky, Esq. <br> 235 MONTGOMERY ST STE 600 <br> SAN FRANCISCO, CA 94104-2915 <br> ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: <br> (415) 986-4000 <br><br> Ref. No. or File No. <br> none | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: <br><br> United States District Court <br> 1301 Clay St. #400 South <br> Oakland, CA 94612-5212 | | |
| PLAINTIFF: <br> Maponics, LLC | | |
| DEFENDANT: <br> Wahl, et al. | | |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> C07-05777 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On November 27, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Civil Case Cover Sheet, Summons, Complaint, Exhibit A-1 to the Complaint, Exhibit A-2 to the Complaint, Exhibit B to the Complaint, Exhibit C to the Complaint, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Order Setting Initial Case Management Conference and ADR Deadlines, Contents of Case Management Satement, ECF Registration Information Handout

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Factle, a California Corporation
Bernt Wahl
1911 Martin Luther King Jr., #3
Berkeley, CA 94704

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

107.75

Lee Major
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on November 27, 2007 at Oakland,

*Lee Major*

Lee Major

FF# 6651805