George Frost (CA Bar # 158728)
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (510) 666-0141
Facsimile: (510)_295-2562
geofrost@comcast.net

Alexander Volchegursky (CA Bar # 209172)
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 986-4000
Facsimile: (415) 986-4001

Attorneys for Plaintiff
Maponics, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MAPONICS, LLC, a Vermont limited liability company,<br><br>     Plaintiff,<br><br> vs.<br><br>BERNT WAHL, an individual; FACTLE, a California corporation; and DOES 1-20, inclusive<br><br>     Defendants. | Case No.: C07-05777<br><br>**REQUEST TO ENTER DEFAULT** |
|---|---|

1   TO:    CLERK OF THE ABOVE-ENTITLED COURT

2   Plaintiff Maponics, LLC hereby requests that the Clerk of the above-entitled Court enter
3   default against Defendants Bernt Wahl and Factle (collectively, the "Defendants") on the ground
4   that said Defendants have failed to appear or otherwise respond to the complaint within the time
5   prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the complaint on Defendants
6   on November 20, 2007, evidenced by the proof of service of summons on with this Court.
7   The above stated facts are set forth in the accompanying declaration of George Frost,
8   filed herewith.
9   Dated:   January 25, 2008

Respectfully Submitted,

By:   /s/ George Frost
George Frost
Counsel for Plaintiff