George Frost (CA Bar # 158728)
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (510) 666-0141
Facsimile: (510)_295-2562
geofrost@comcast.net

Alexander Volchegursky (CA Bar # 209172)
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 986-4000
Facsimile: (415) 986-4001

Attorneys for Plaintiff
Maponics, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAPONICS, LLC, a Vermont limited liability company,<br><br>                    Plaintiff,<br>     vs.<br><br>BERNT WAHL, an individual; FACTLE, a California corporation; and DOES 1-20, inclusive<br><br>                    Defendants. | Case No.: C07-05777<br><br>**DECLARATION OF GEORGE FROST IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

Declaration of George Frost                    1

1. My name is George Frost. I am an attorney at law licensed to practice before the courts of the State of California and the Northern District. I have personal knowledge of the things stated herein.

2. The defendants in this matter, Bern Wahl, an individual, and Factle, a California corporation (collectively, the "Defendants") were served with the complaint and summons on November 20, 2007, as evidenced by the proofs of service that are on file with this Court.

3. The time allowed by the Federal Rules of Civil Procedure for responding to a complaint has already expired.

4. The Defendants have failed to file a pleading or any responsive motion with the time allowed by the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland this 25th day of January 2008.

          /s/ George Frost
          George Frost