**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. WiekingGeneral Court Number
Clerk415.522.2000

January 31, 2008


RE:  MAPONICS, LLC -v- BERNT WAHL, et al., Case No. C-07-5777-BZ


**Default** is *entered* as to *Defendants Bernt Wahl*, an individual & *Factle*, a California corporation on **January 31, 2008.**




RICHARD W. WIEKING, Clerk


by:  Thelma Nudo
Deputy Clerk









NDC TR-4  Rev. 3/89