UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS LLC,<br>        Plaintiff(s),<br>  v.<br>BERNT WAHL, an individual; FACTLE, a California Corporation; and DOES 1-20, Inclusive.<br>        Defendant(s). | No. C07-5777 BZ<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

   **PLEASE TAKE NOTICE** that the case management conference presently scheduled for March 17, 2008 at 4:00 p.m. is **CONTINUED** to **March 31, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Case management statements are due seven days prior to the case management conference.

Dated:   February 20, 2008

_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\MISC\Maponics.cont.cmc.wpd

1