# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### 450 GOLDEN GATE AVENUE
### SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

February 21, 2008

To:  George Frost                        Bernt Wahl
     Law Offices of George Frost         P.O. Box 13991
     2930 Magnolia Street                Berkeley, CA 94712
     Berkeley, CA 94705

     Alexander Volchegursky
     Attorney at Law
     235 Montgomery Street, Suite 600
     San Francisco, CA 94104

     Re: Maponics LLC v. Bernt Wahl, et al. - C07-5777 BZ

Dear Counsel/Mr. Wahl:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for **March 31, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

   Enclosed please find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and file the appropriate form within 10 calendar days.

                                        Sincerely,

                                        Richard W. Wieking, Clerk
                                        United States District Court

                                        ____/s/ *Lashanda Scott*____
                                        By:  Lashanda Scott
                                             Courtroom Deputy

N:\FORMS\CONSENTPROPER.LTR.wpd