**United States District Court**
For the Northern District of California

1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 NORTHERN DISTRICT OF CALIFORNIA
8
9 Maponics LLC,                                           No. C 07-5777 BZ
10            Plaintiff(s),                    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
11      v.
12 Bernt Wahl,
13            Defendant(s).
14 _____/
15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21 Dated: _____        _____
                                         Signature
22
                                         Counsel for _____
23                                       (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

n:\forms\consent-decline.frm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maponics LLC, | No. C 07-5777 BZ |
|         Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
|   v. | **AND** |
| Bernt Wahl, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|         Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____  Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

n:\forms\consent-decline.frm