UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| MAPONICS, LLC, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C07-5777 BZ |
| | ) | |
| v. | ) | **ORDER SCHEDULING HEARING** |
| | ) | |
| BERNT WAHL, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

On February 21, 2008, Bernt Wahl, "representing Factle and self" filed a document titled in part "Relief from Claims and Asserted Damages, etc." The court treats this document as a motion for relief from default under Rules 55(c) and 60(b). In order to facilitate the resolution of this case on its merits, the court urges plaintiff to consider stipulating to vacating the default judgment.

If plaintiff will not, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition to defendants' motion, if any, shall be filed by **March 19, 2008**.

2. Defendants' reply, if any, shall be filed by **March 26, 2008**.

1

1  3. A hearing is scheduled for **Wednesday, April 16, 2008**
2  at **10:00 a.m**. in Courtroom G, 15th Floor, Federal Building,
3  450 Golden Gate Avenue, San Francisco, CA 94102.
4      However, prior to the hearing, **defendant Factle must**
5  **retain counsel**.  Bernt Wahl as an individual may represent
6  himself.  Factle is a corporation, which is a separate entity,
7  thus a separate defendant.  "It is a long standing rule that
8  corporations . . . must appear in court through an attorney."
9  D-Beam Ltd. Partnership v. Roller Derby Skates, Inc., 366 F.3d
10  972, 973-74 (9th Cir. 2004).  See also U.S. Dist. Ct. Rules
11  N.D. Cal., Civil Local Rule 3-9(b).
12  Dated:   February 29, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MAPONICS\ORDER SETTING RELIEF FROM DEFAULT HEARING.wpd