UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, | Case Number: CV07-05777 BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BERNT WAHL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 29, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER SCHEDULING HEARING**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Alexander Volchegursky
Attorney at Law
235 Montgomery Street, Suite 600
San Francisco, CA 94104

Bernt Wahl
P.O. Box 13991
Berkeley, CA 94712

George Frost
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705

Dated: February 29, 2008

                                        Richard W. Wieking, Clerk
                                        By: Rose Maher, Deputy Clerk

                                        *Rose Maher*