George Frost (CA Bar # 158728)
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (510) 666-0141
Facsimile: (510)_295-2562
geofrost@comcast.net

Alexander Volchegursky (CA Bar # 209172)
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 986-4000
Facsimile: (415) 986-4001

Attorneys for Plaintiff
Maponics, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, a Vermont limited liability company,<br><br>                                Plaintiff,<br>    vs.<br><br>BERNT WAHL, an individual; FACTLE, a California corporation; and DOES 1-20, inclusive<br><br>                                Defendants. | Case No.: C07-05777<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE ENTRY OF DEFAULT** |

The Plaintiff in the above-entitled action, Maponics, LLC (the "Plaintiff") hereby stipulates pursuant to this Stipulation and [Proposed] Order to vacate default entered against Defendants Bernt Wahl ("Wahl") and Factle ("Factle," collectively with Wahl, the "Defendants) on January 31, 2008. The Plaintiff further requests that the Court order both of the Defendants to file and serve an answer to the Plaintiff's Complaint in this action within ten (10) days of its entry of the order to vacate default, to take the hearing on the relief from entry of default off

Stipulation to Vacate Entry of Default                    1

calendar, and, further, to order Factle to retain counsel prior to filing and serving its response to the Complaint.

Granting this Order will serve the efficient administration of justice.

Dated: March 3, 2008

>                    Respectfully Submitted,
>
> By:      /s/ George Frost
>          George Frost
>          Counsel for Plaintiff MAPONICS, LLC

IT IS HEREBY ORDERED that based upon the foregoing Stipulation of the Plaintiff through its counsel that (1) the default entered against the Defendants is hereby vacated, (2) the hearing on relief from entry of default, currently scheduled by the Court for April 16, 2008, at 10:00 a.m., in Courtroom G, 450 Golden Gate Avenue, San Francisco, California, is taken off calendar, (3) both of the Defendants must file and serve a response to the Plaintiff's Complaint within ten (10) days from the date of entry of this Order, and (4) Factle must retain counsel prior to responding to Maponics' Complaint.

Dated: March __, 2008

>                    _____
>                    Hon. Bernard Zimmerman
>                    United States Magistrate Judge