1  George Frost (CA Bar # 158728)
   Law Offices of George Frost
2  2930 Magnolia Street
   Berkeley, CA 94705
3  Telephone: (510) 666-0141
   Facsimile: (510)_295-2562
4   geofrost@comcast.net

5  Alexander Volchegursky (CA Bar # 209172)
   235 Montgomery Street, Suite 600
   San Francisco, CA 94104
6  Telephone: (415) 986-4000
   Facsimile: (415) 986-4001
7
   Attorneys for Plaintiff
8  Maponics, LLC

9                    **UNITED STATES DISTRICT COURT**

10                **NORTHERN DISTRICT OF CALIFORNIA**

11

12  | MAPONICS, LLC, a Vermont limited liability company, | Case No.: C07-05777 |
    |---|---|
13  |                    Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VACATE ENTRY OF DEFAULT** |
    |        vs. | |
14  | | |
    | BERNT WAHL, an individual; FACTLE, a | |
15  | California corporation; and DOES 1-20, inclusive | |
16  |                    Defendants. | |

17

18      The Plaintiff in the above-entitled action, Maponics, LLC (the "Plaintiff") hereby

19  stipulates pursuant to this Stipulation and [Proposed] Order to vacate default entered against

20  Defendants Bernt Wahl ("Wahl") and Factle ("Factle," collectively with Wahl, the "Defendants)

21  on January 31, 2008.  The Plaintiff further requests that the Court order both of the Defendants to

22  file and serve an answer to the Plaintiff's Complaint in this action within ten (10) days of its

23  entry of the order to vacate default, to take the hearing on the relief from entry of default off

24

Stipulation to Vacate Entry of Default                1

1    calendar, and, further, to order Factle to retain counsel prior to filing and serving its response to

2    the Complaint.

3        Granting this Order will serve the efficient administration of justice.

4    Dated:  March 3, 2008

5                                    Respectfully Submitted,

6                        By:        /s/ George Frost
                                     George Frost
7                                    Counsel for Plaintiff MAPONICS, LLC

8

9        IT IS HEREBY ORDERED that based upon the foregoing Stipulation of the Plaintiff

10    through its counsel that (1) the default entered against the Defendants is hereby vacated, (2) the

11    hearing on relief from entry of default, currently scheduled by the Court for April 16, 2008, at

12    10:00 a.m., in Courtroom G, 450 Golden Gate Avenue, San Francisco, California, is taken off

13    calendar, (3) both of the Defendants must file and serve a response to the Plaintiff's Complaint
        by March 28, 2008
14    ~~within ten (10) days from the date of entry of this Order~~, and (4) Factle must retain counsel prior

15    to responding to Maponics' Complaint.

16    Dated:  March _4_, 2008

17

18                              _____
                                                     Hon. Bernard Zimmerman
19                                                   United States Magistrate Judge

20

21

22

23

24

Stipulation to Vacate Entry of Default            2