UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, | Case Number: CV07-05777 BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BERNT WAHL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached **STIPULATION AND ORDER TO VACATE ENTRY OF DEFAULT**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernt Wahl
P.O. Box 13991
Berkeley, CA 94712


Dated: March 4, 2008

                                                  Richard W. Wieking, Clerk
                                                  By: Rose Maher, Deputy Clerk

                                                  *Rose Maher*
                                                  _____