George Frost (CA Bar # 158728)
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (510) 666-0141
Facsimile: (510)_295-2562
geofrost@comcast.net

Alexander Volchegursky (CA Bar # 209172)
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 986-4000
Facsimile: (415) 986-4001

Attorneys for Plaintiff
Maponics, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, a Vermont limited liability company,<br><br>             Plaintiff,<br>     vs.<br><br>BERNT WAHL, an individual; FACTLE, a California corporation; and DOES 1-20, inclusive<br><br>             Defendants. | Case No.: C07-05777<br><br>**MOTION FOR RELIEF PURSUANT TO CIVIL LOCAL RULE 7 TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

Motion to Continue CMC                              1

Plaintiff in the above-captioned matter, Maponics, LLC ("Plaintiff"), moves, pursuant to Civil Local Rule 7, to continue the Case Management Conference, currently scheduled for March 31, 2008 in this matter, to April 14, 2008. Said request is made in light of the fact that Defendants herein Bernt Wahl and Factle (collectively, "Defendants") are required to submit an answer to the Complaint in this action by March 28, 2008, and the Case Management Conferences statements, as currently scheduled, are due by March 24, 2008, which means that the Plaintiff has to submit its Case Management Conference statement without the benefit of having its Complaint answered by the Defendants.

Plaintiff's counsel has been unable to confer with Defendants in connection with this continuance because the only address it has for the Defendants is a PO Box number, and the Defendants' phone number, which the Plaintiff has been provided, seems to be constantly busy.

Granting this request will serve the efficient administration of justice.

Dated:   March 24, 2008

                                                Respectfully Submitted,

                                         By:   /s/ George Frost
                                                  George Frost
                                                  Counsel for Plaintiff

1     IT IS HEREBY ORDERED that based upon the motion of the Plaintiff Maponics, LLC
2 through its counsel the Case Management Conference is continued to April __, 2008, at ____
3 p.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA
4 94102.  Case Management Conference statements are due seven days prior to the date of the
5 Case Management Conference.

6 Dated: March __, 2008

_____
Hon. Bernard Zimmerman
United States Magistrate Judge