George Frost (CA Bar # 158728)
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (510) 666-0141
Facsimile: (510)_295-2562
geofrost@comcast.net

Alexander Volchegursky (CA Bar # 209172)
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 986-4000
Facsimile: (415) 986-4001

Attorneys for Plaintiff
Maponics, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, a Vermont limited liability company,<br><br>                   Plaintiff,<br>   vs.<br><br>BERNT WAHL, an individual; FACTLE, a California corporation; and DOES 1-20, inclusive<br><br>                   Defendants. | Case No.: C07-05777<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1     In light of the fact that Defendants herein Bernt Wahl and Factle (collectively,

2 "Defendants") are required to submit an answer to the Complaint in this action by March 28,

3 2008, and the Case Management Conferences statements are currently due by March 24, 2008,

4 Plaintiff Maponics, LLC ("Plaintiff") hereby requests that the Court continue the Case

5 Management Conference, currently scheduled in this matter for March 31, 2008, to April 14,

6 2008, or such other date as the Court deems appropriate, so that the Plaintiff does not have to

7 submit a Case Management Conference statement without the benefit of having its Complaint

8 answered by the Defendants.

9     Granting this request will serve the efficient administration of justice.

10 Dated: March 17, 2008

11                         Respectfully Submitted,

12              By:     /s/ George Frost
                             George Frost
13                              Counsel for Plaintiff

14     IT IS HEREBY ORDERED that based upon the request of the Plaintiff through its counsel / and no opposition having been received,

15 the Case Management Conference is continued to April <u>28</u>, 2008, at <u>4:00</u> p.m. in

16 Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

17 Case Management Conference statements are due seven days prior to the date of the Case

18 Management Conference.

19 Dated: March <u>25</u>, 2008

20

21                                        Hon. Bernard Zimmerman

22                                        United States Magistrate Judge

23

24

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman)