# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

March 31, 2008

To:   Mark L. Pettinari
      Law Offices of Mark L. Pettinari
      Stock Exchange Tower
      155 Sansome Street, Suite 400
      San Francisco, CA 94104


      Re: Maponics, LLC v. Bernt Wahl - C07-5777 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for April 28, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within five days.

                                    Sincerely,

                                    Richard W. Wieking, Clerk
                                    United States District Court


                                    /s/ Lashanda Scott
                                    By:   Lashanda Scott
                                          Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd