Mark L. Pettinari (CA Bar No.: 119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:   (415) 240-4200
Facsimile:    (415) 240-4202
Email:          mlpettinari@mlplawoffices.com

*Attorneys for Defendants and Counter-plaintiffs*
*Bernt Wahl and Factle*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, a Vermont liability company,<br><br>           Plaintiff,<br><br>    vs.<br><br>BERNT WAHL, an individual, FACTLE, a California corporation, and DOES 1-20, inclusive,<br><br>           Defendants.<br><br>_____<br><br>BERNT WAHL, an individual and FACTLE a California corporation,<br><br>           Counter-plaintiffs,<br><br>    vs.<br><br>MAPONICS, LLC, a Vermont liability company and DARRIN CLEMENT, an individual,<br><br>           Counter-defendants.<br>_____ | Case No.: C07-05777-BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br><br>The Honorable Bernard Zimmerman |

1     In accordance with the provisions of Title 28 United States Code section 636(c), Defendants and Counter-plaintiffs Bernt Wahl and Factle, by and through their attorneys of record, do hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

                                Respectfully submitted,

Dated this 1st day of April, 2008.      By:   /s/Mark L. Pettinari  .
                                                Mark L. Pettinari

*Attorneys for Defendants and Counter-plaintiffs Bernt Wahl and Factle*