Mark L. Pettinari (CA Bar No.: 119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:     (415) 240-4200
Facsimile:      (415) 240-4201
Email:           mlpettinari@mlplawoffices.com

*Attorneys for Defendants and Counter-Plaintiffs*
*Bernt Wahl and Factle*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, a Vermont liability company, <br><br> Plaintiff, <br><br> vs. <br><br> BERNT WAHL, an individual, FACTLE, a California corporation, and DOES 1-20, inclusive, <br><br> Defendants. <br> ———————————————— <br> BERNT WAHL, an individual and FACTLE a California corporation, <br><br> Counter Plaintiffs, <br><br> vs. <br><br> MAPONICS, LLC, a Vermont liability company and DARRIN CLEMENT, an individual, <br><br> Counter Defendants. | Case No.:  C07-05777-BZ <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** <br><br><br> The Honorable Bernard Zimmerman |

1    Pursuant to Civil Local Rule 3-16 of the Northern District of California, the

2  undersigned, counsel of record for Bernt Wahl and Factle, certifies that as of this date, other

3  than the named parties, there is no such interest to report.

4                                        Respectfully submitted,

5

6  Dated:    April 21, 2008          .        By:    /s/ Mark L. Pettinari     .
                                                  Mark L. Pettinari

7
                                         Attorney for Defendants and Counterclaimants
8                                        Bernt Wahl and Factle