George Frost (CA Bar No.: 158728)
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (510) 666-0141
Facsimile: (510) 295-2562
Email: geogrost@comcast.net

Alexander Volchegursky (CA Bar No.: 209172)
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 986-4000
Facsimile: (415) 986-4001
Email: alex@gelawgroup.com

*Attorneys for Plaintiff and Counter-defendant Maponics, LLC*

Mark L. Pettinari (CA Bar No.: 119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 240-4200
Facsimile: (415) 240-4201
Email: mlpettinari@mlplawoffices.com

*Attorneys for Defendants and Counter-Plaintiffs Bernt Wahl and Factle*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, a Vermont liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BERNT WAHL, an individual, FACTLE, a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: C07-05777-BZ<br><br>**STIPULATION AND [~~Proposed~~] ORDER RESCHEDULING THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING THE TIME FOR MAPONICS TO RESPOND TO COUNTERCLAIM**<br><br>The Honorable Magistrate Judge Bernard Zimmerman |

BERNT WAHL, an individual and FACTLE a California corporation,

Counter Plaintiffs,

vs.

MAPONICS, LLC, a Vermont liability company and DARRIN CLEMENT, an individual,

Counter Defendants.

WHEREAS, on March 31, 2008, a Counterclaim was filed in this action by Defendants and Counterclaimants BERNT WAHL ("Wahl") and FACTLE against Plaintiff and Counter Defendants MAPONICS, LLC ("Maponics") and DARRIN CLEMENT ("Clement") (Document No. 24);

WHEREAS, the Counterclaim joined Clement as a new party to the action;

WHEREAS, a response to the Counterclaim by Maponics is due on April 20, 2008;

WHEREAS, Clement was not personally served with the Counterclaim until the morning of April 18, 2008, making his response to the Counterclaim due on May 8, 2008;

WHEREAS, counsel for Maponics has indicated that it intends to file a motion against the Counterclaim and does not yet know whether he will be retained to represent Mr. Clement in the action;

WHEREAS, counsel believe it will promote judicial economy for all responses to the Counterclaim to be due on the same day;

WHEREAS, the Initial Case Management Conference is presently set for April 28, 2008, having been reset to that date once before upon request of Maponics (Document Nos. 21, 22, 23); and

WHEREAS, counsel of record are in agreement that it will promote efficiency, judicial economy, and minimize the cost of litigation if the Initial Case Management Conference is rescheduled to a date after Answers to the Counterclaim have been filed and

when all parties in the action are represented by counsel so that the conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure can be held with all parties represented in advance of the Initial Case Management Conference;

NOW THEREFORE, pursuant to Civil Local Rules 6-2, 7-12, and 16(e) of the Northern District of California, Plaintiff and Counter Defendant MAPONICS, LLC and Defendants and Counterclaimants BERNT WAHL and FACTLE, hereby stipulate to the following:

1. That Maponics shall have up to and including May 8, 2008 in which to respond to the Counterclaim filed on March 31, 2008; and

2. That the Initial Case Management Conference be rescheduled to take place on June 23, 2008 at 4:00 p.m. before the Honorable Bernard Zimmerman or on such other date and time as the Court deems appropriate.

**IT IS SO STIPULATED:**

Dated: April 18, 2008 .

By: /s/ George Frost .
Attorneys for Plaintiff and Counter Defendant Maponics

Dated: April 18, 2008 .

By: /s/ Mark L. Pettinari .
Attorneys for Defendants and Counterclaimants Bernt Wahl and Factle

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

1. Maponics shall have up to and including May 8, 2008 in which to respond to the Counterclaim filed on March 31, 2008;

2. That the Initial Case Management Conference shall be continued to June 23, 2008 at 4:00 p.m. before the Honorable Bernard Zimmerman in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102; and

3. That pursuant to Local Rule 16-9(a), a Joint Case Management Conference Statement shall be filed with the Court no later than seven (7) days prior to the date of the Initial Case Management Conference.

Dated: April 22, 2008

The Honorable Bernard Zimmerman
United States Magistrate Judge

