AO 440 (Rev. 03/08) Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _DARNIN CLEMENT_ by:

(1) personally delivering a copy of each to the individual at this place, _221 RT 5 South Norwich VT 05055_; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_.

Date: _04/18/2008_

_____
Server's signature

_Thomas Demers Process server_
Printed name and title

**MSI**
P.O. Box 371
Hartford, VT 05047-0371

_____
Server's address