**Darrin Clement [Maponics]**

| | |
|---|---|
| **From:** | Howard Steinberg [hsteinberg@ask.com] |
| **Sent:** | Friday, February 08, 2008 10:56 AM |
| **To:** | dclement@maponics.com |
| **Subject:** | Reply |

Hello Darren,

Thank you for bringing this matter to my attention. I have notified our engineers and we have initiated the removal of the data at issue from our systems. This process should be completed by March 1st. Thanks for your patience while we resolve this matter.

Best,
Howard