## Darrin Clement [Maponics]

| | |
|---|---|
| **From:** | Darrin Clement [Maponics] [dclement@maponics.com] |
| **Sent:** | Wednesday, February 06, 2008 10:59 AM |
| **To:** | hsteinberg@ask.com |
| **Subject:** | RE: neighborhood data |

Hi Howard,

Not sure if you got my email from Jan 25 but we need you to change the neighborhood copyright notice on ask.com. Factle does not own the data and never owned the data. Further information is below. Please help this process move forward.

The following transaction was received from entered on 1/31/2008 2:29 PM PST and filed on 1/31/2008
**Case Name:** Maponics, LLC v. Wahl et al
**Case Number:** 3:07-cv-5777
**Filer:**
**Document Number:** 9

**Docket Text:**
**CLERK'S Notice for ENTRY OF DEFAULT Against Defendants Bernt Wahl & Factle.(Related documents(s) [8]). (tn, COURT STAFF) (Filed on 1/31/2008)**

**3:07-cv-5777 Notice has been electronically mailed to:**

George Frost     geofrost@comcast.net

Alexander Volchegursky     alex@gelawgroup.com

**3:07-cv-5777 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:
**Document description:** Main Document
**Original filename:** N:\07-5777.Default.Entry.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/31/2008] [FileNumber=4099868-0]
[4a75a509c080321adeeda1f1baa3136b5b44e5ee8f046d7047770db0b1f0de1b99288
715c86e4cac89fc6f136b8ce29be6a8fbbfee5465445f923a8ebafcac88]]

Alexander Volchegursky, Esq.
235 Montgomery St., Ste. 600
San Francisco, CA  94104

---

**From:** Darrin Clement [Maponics] [mailto:dclement@maponics.com]
**Sent:** Friday, January 25, 2008 9:50 AM
**To:** 'hsteinberg@ask.com'
**Subject:** neighborhood data

Hi Howard,

1

As we wrap up the lawsuit against Bernt Wahl, we need to talk about your license with him.  In particular, your website attributes the copyright of the neighborhood data to him, and as the court papers show, he does not deny that it is actually our data and that he has infringed on our copyright.

Please understand – I'm <u>not</u> implying you all had any legal fault in this.  I know I spooked you guys a while back when I notified you of what we discovered, but presumably you can understand how upset we were when we found that Bernt stole our data.

But I do need to talk to someone there about replacing the Factle Maps copyright with the Maponics copyright.  Who should I talk to about that?

As an aside, our latest release has almost twice as many neighborhoods as the data Bernt provided to you (and we have none of the topological errors his version had).  **We are willing to give you a free upgrade if you like**.

Sincerely, Darrin

..........
Did you know?
-> **Maponics** neighborhood boundaries are used by firms in real estate, local search, social networking, and more
-> USPS.com sends their business customers to **Maponics** for ZIP Code and Carrier Route maps.
-> **Maponics** offers hundreds of maps through our online store, including custom maps
-> **Maponics** serves 20% of the Fortune 500
..........
**800-762-5158**

Legal Stuff We Take Seriously:  © 2008.  Note: Any pricing information or customer specifications contained in this message is privileged and confidential, and may be protected from disclosure and forwarding to others outside your organization. If you have received this communication in error, please notify us immediately by replying to the sender named above and deleting this message from your computer. Thank you.