**Darrin Clement [Maponics]**

| | |
|---|---|
| **From:** | Kyle Else [kylejelse@gmail.com] |
| **Sent:** | Wednesday, February 13, 2008 11:35 AM |
| **To:** | Darrin Clement [Maponics] |
| **Subject:** | Re: [TOURSHEET.com Questions] neighborhood boundaries |

Darrin -

Please understand, this is not an easy topic to discuss with an
outside company. Also, we do take this seriously. Here is why im
confused, you said to me,

  "you need to discontinue use of that data because it is owned by Maponics."

What facts allow you make this statement? Then in the same sentence
say we can work out a deal. Explain the data TourSheet uses that
Maponics believes needs to discontinue; and why the date signed is an
issue.

-
Kyle Else

On Feb 13, 2008 7:45 AM, Darrin Clement [Maponics]
<dclement@maponics.com> wrote:
> Hi Kyle - I'm confused - don't you know what data you are using and when you
> signed the deal?  You are the one who told me you are using data from
> Factle, right?  So, we'd appreciate your cooperation.  Thanks!
>
>
> -----Original Message-----
> From: Kyle Else [mailto:kylejelse@gmail.com]
>
> Sent: Tuesday, February 12, 2008 6:35 PM
> To: Darrin Clement [Maponics]
> Subject: Re: [TOURSHEET.com Questions] neighborhood boundaries
>
> Darrin -
>
> Do you have information on what type of data I am using or when a
> deal, if any was signed?
>
> -
> Kyle Else
>
>
> On Feb 11, 2008 8:36 PM, Darrin Clement [Maponics]
> <dclement@maponics.com> wrote:
> > Hi Kyle,
> >

> > I actually am the manager of sales - I, along with our director of
> > operations, are the ones who have worked with the lawyers on this but I
> > didn't have the docs earlier.  Did you get the docs I emailed to you a few
> > hours ago?
> >
> > I do want to really clear - we have zero interest in making this difficult
> > for you - it's not your fault.  Our objective is simply to protect our
> > property.  How much more time was left on your contract with Factle?  I'm
> > sure there's something we could work out.
> >
> > Sincerely, Darrin
> >
> > -----Original Message-----
> > From: Kyle Else [mailto:kylejelse@gmail.com]
> >
> > Sent: Monday, February 11, 2008 8:38 PM
> > To: Darrin Clement [Maponics]
> > Subject: Re: [TOURSHEET.com Questions] neighborhood boundaries
> >
> > Darrin -
> >
> > Just have your manager email me.
> >
> > -
> > Kyle Else
> >
> > On Feb 11, 2008 2:26 PM, Darrin Clement [Maponics]
> > <dclement@maponics.com> wrote:
> > > Hmm.  I'll try to get a copy of the official doc/PDF for you.  Let me
> > check
> > > out who has it.
> > >
> > > D
> > >
> > > ..........
> > > Did you know?
> > > -> Maponics neighborhood boundaries are used by firms in real estate,
> > local
> > > search, social networking, and more
> > > -> USPS.com sends their business customers to Maponics for ZIP Code and
> > > Carrier Route maps.
> > > -> Maponics offers hundreds of maps through our online store, including
> > > custom maps
> > > -> Maponics serves 20% of the Fortune 500
> > > ..........
> > > 800-762-5158
> > > Legal Stuff We Take Seriously:  (c) 2008.  Note: Any pricing information
> > or
> > > customer specifications contained in this message is privileged and
> > > confidential, and may be protected from disclosure and forwarding to
> > others
> > > outside your organization. If you have received this communication in
> > error,
> > > please notify us immediately by replying to the sender named above and
> > > deleting this message from your computer. Thank you.
> > >
> > >
> > > -----Original Message-----
> > > From: Kyle Else [mailto:kylejelse@gmail.com]
> > >
> > > Sent: Monday, February 11, 2008 1:15 PM

> > > To: Darrin Clement [Maponics]
> > > Subject: Re: [TOURSHEET.com Questions] neighborhood boundaries
> > >
> > > Darrin,
> > >
> > > The court info links you sent are unavailable.
> > >
> > > -
> > > Kyle
> > >
> > >
> > >
> > > On Feb 11, 2008 11:21 AM, Darrin Clement [Maponics]
> > > <dclement@maponics.com> wrote:
> > > >
> > > >
> > > >
> > > >
> > > > Hi Kyle,
> > > >
> > > >
> > > >
> > > > Thanks for the info.  You should know that Factle is in legal default
> > for
> > > > stealing our data.  See court info below.  I'm sure you didn't know
> any
> > of
> > > > this but you need to discontinue use of that data because it is owned
> by
> > > > Maponics.  I'm sure we can work out something fair given that it's not
> > > your
> > > > fault Factle stole our data.  When did you sign with them?
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > > This is an automatic e-mail message generated by the CM/ECF system.
> > Please
> > > > DO NOT RESPOND to this e-mail because the mail box is unattended.
> > > > ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United
> > > States
> > > > policy permits attorneys of record and parties in a case (including
> pro
> > se
> > > > litigants) to receive one free electronic copy of all documents filed
> > > > electronically, if receipt is required by law or directed by the
> filer.
> > > > PACER access fees apply to all other users. To avoid later charges,
> > > download
> > > > a copy of each document during this first viewing.
> > > >
> > > > U.S. District Court
> > > > Northern District of California
> > > > Notice of Electronic Filing or Other Case Activity
> > > >
> > > >
> > > > _____
> > > >

> > > >
> > > > NOTE: Please read this entire notice before calling the Help Desk. If
> > you
> > > > have questions, please email the Help Desk by replying to this
> message;
> > > > include your question or comment along with the original text.
> > > >
> > > > Please note that these Notices are sent for all cases in the system
> > when
> > > > any case activity occurs, regardless of whether the case is designated
> > for
> > > > e-filing or not, or whether the activity is the filing of an
> electronic
> > > > document or not.
> > > > _____
> > > >
> > > >
> > > > If there are two hyperlinks below, the first will lead to the docket
> and
> > > the
> > > > second will lead to an e-filed document.
> > > > If there is no second hyperlink, there is no electronic document
> > available
> > > > .
> > > > See the FAQ posting 'I have a Notice of Electronic Filing that was
> > > e-mailed
> > > > to me but there's no hyperlink...' on the ECF home page at
> > > > https://ecf.cand.uscourts.gov for more information.
> > > > _____
> > > >
> > > >
> > > >
> > > > The following transaction was received from entered on 1/31/2008 2:29
> > PM
> > > > PST and filed on 1/31/2008
> > > > Case Name: Maponics, LLC v. Wahl et al
> > > > Case Number: 3:07-cv-5777
> > > > Filer:
> > > > Document Number: 9
> > > >
> > > > Docket Text:
> > > > CLERK'S Notice for ENTRY OF DEFAULT Against Defendants Bernt Wahl &
> > > > Factle.(Related documents(s) [8]). (tn, COURT STAFF) (Filed on
> > 1/31/2008)
> > > >
> > > > 3:07-cv-5777 Notice has been electronically mailed to:
> > > >
> > > > George Frost      geofrost@comcast.net
> > > >
> > > > Alexander Volchegursky      alex@gelawgroup.com
> > > >
> > > > 3:07-cv-5777 Notice has been delivered by other means to:
> > > >
> > > > The following document(s) are associated with this transaction:
> > > > Document description:Main Document
> > > > Original filename:N:\07-5777.Default.Entry.pdf
> > > > Electronic document Stamp:
> > > > [STAMP CANDStamp_ID=977336130 [Date=1/31/2008] [FileNumber=4099868-0]
> > > >
> > [4a75a509c080321adeeda1f1baa3136b5b44e5ee8f046d7047770db0b1f0de1b99288
> > > > 715c86e4cac89fc6f136b8ce29be6a8fbbfee5465445f923a8ebafcac88]]

> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > > ..........
> > > >
> > > > Did you know?
> > > >
> > > > -> Maponics neighborhood boundaries are used by firms in real estate,
> > > local
> > > > search, social networking, and more
> > > >
> > > > -> USPS.com sends their business customers to Maponics for ZIP Code
> and
> > > > Carrier Route maps.
> > > >
> > > > -> Maponics offers hundreds of maps through our online store,
> including
> > > > custom maps
> > > >
> > > > -> Maponics serves 20% of the Fortune 500
> > > >
> > > > ..........
> > > >
> > > > 800-762-5158
> > > >
> > > > Legal Stuff We Take Seriously:  (c) 2008.  Note: Any pricing
> information
> > > or
> > > > customer specifications contained in this message is privileged and
> > > > confidential, and may be protected from disclosure and forwarding to
> > > others
> > > > outside your organization. If you have received this communication in
> > > error,
> > > > please notify us immediately by replying to the sender named above and
> > > > deleting this message from your computer. Thank you.
> > > >
> > > >
> > > >
> > > >
> > > >
> > > > -----Original Message-----
> > > > From: Kyle Else [mailto:kylejelse@gmail.com]
> > > >
> > > > Sent: Monday, February 11, 2008 11:23 AM
> > > > To: Darrin Clement [Maponics]
> > > > Subject: Re: [TOURSHEET.com Questions] neighborhood boundaries
> > > >
> > > >
> > > >
> > > >
> > > >
> > > > Darrin,
> > > >
> > > >

> > > >
> > > > Thanks for the offer to help but I don't see a need. Currently I get
> > > >
> > > > my data set from Factle Maps.
> > > >
> > > >
> > > >
> > > > However, maybe I can help Maponics. I started a LinkedIn Group for a
> > > >
> > > > Location conference. Im not sure if anyone in your group of 25 plans
> > > >
> > > > to go - but if you do go please join and I will approve the
> > > >
> > > > membership. I'll be at booth #29. Joining will allow you to find and
> > > >
> > > > contact other Location Intelligence 2008 attendees and members on
> > > >
> > > > LinkedIn. The goal of this group is to help members:
> > > >
> > > >
> > > >
> > > > Here's the link to join:
> > > >
> > > > http://www.linkedin.com/e/gis/51019/674BC94D2F6A
> > > >
> > > >
> > > >
> > > > 1) Reach other members attending http://www.locationintelligence.net
> > > >
> > > >
> > > >
> > > > 2) Accelerate networking through referrals from Location Intelligence
> > > >
> > > > 2008 LinkedIn Group members
> > > >
> > > >
> > > >
> > > > 3) Know more than a name - view professional profiles from fellow
> > > >
> > > > Location Intelligence 2008 LinkedIn Group members
> > > >
> > > >
> > > >
> > > > Hope to see you join the LinkedIn group. Are you going?
> > > >
> > > >
> > > >
> > > > ---
> > > >
> > > >
> > > >
> > > > FYI: The LinkedIn group directory currently does not have a search
> > > >
> > > > functionality and is unavailable for new groups. This is because the
> > > >
> > > > groups listed in the current directory were grandfathered from the old
> > > >
> > > > system. LinkedIn has said that they hope to add a comprehensive,
> > > >
> > > > searchable group directory in the near future. SO, this question,
> > > >

> > > > viral emails, word of mouth and group member profile pages on LinkedIn
> > > >
> > > > currently drive the Group Memberships. Please copy this post and FWD
> > > >
> > > > to any other attendees or interested professionals. Also I would
> > > >
> > > > encourage you to visit http://xspot.com. There is a forum that
> > > >
> > > > includes discussion and participation about this years conference.
> > > >
> > > >
> > > >
> > > > -
> > > >
> > > > Kyle Else
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > > On Feb 10, 2008 2:58 PM, Darrin Clement [Maponics]
> > > >
> > > > <dclement@maponics.com> wrote:
> > > >
> > > > > Hi Kyle,
> > > >
> > > > >
> > > >
> > > > > Yes, my primary role is sales (we are under 25 people so we all wear
> > > >
> > > > > multiple hats!).  Is there anything we can help with?
> > > >
> > > > >
> > > >
> > > > > ..........
> > > >
> > > > > Did you know?
> > > >
> > > > > -> Maponics neighborhood boundaries are used by firms in real
> > > > estate,
> > > > local
> > > >
> > > > > search, social networking, and more
> > > >
> > > > > -> USPS.com sends their business customers to Maponics for ZIP Code
> > and
> > > >
> > > > > Carrier Route maps.
> > > >
> > > > > -> Maponics offers hundreds of maps through our online store,
> > including
> > > >
> > > > > custom maps
> > > >
> > > > > -> Maponics serves 20% of the Fortune 500
> > > >
> > > > > ..........

> > > >
> > > > > 800-762-5158
> > > >
> > > > > Legal Stuff We Take Seriously:  (c) 2008.  Note: Any pricing
> > information
> > > > or
> > > >
> > > > > customer specifications contained in this message is privileged and
> > > >
> > > > > confidential, and may be protected from disclosure and forwarding to
> > > > others
> > > >
> > > > > outside your organization. If you have received this communication
> in
> > > > error,
> > > >
> > > > > please notify us immediately by replying to the sender named above
> and
> > > >
> > > > > deleting this message from your computer. Thank you.
> > > >
> > > > >
> > > >
> > > > >
> > > >
> > > > > -----Original Message-----
> > > >
> > > > > From: Kyle Else [mailto:kylejelse@gmail.com]
> > > >
> > > > > Sent: Saturday, February 09, 2008 1:05 PM
> > > >
> > > > > To: dclement@maponics.com
> > > >
> > > > >
> > > >
> > > > > Subject: Re: [TOURSHEET.com Questions] neighborhood boundaries
> > > >
> > > > >
> > > >
> > > > > Darrin -
> > > >
> > > > >
> > > >
> > > > > How's it going are you in sales at Maponics?
> > > >
> > > > >
> > > >
> > > > > -
> > > >
> > > > > Kyle Else
> > > >
> > > > > Founder and CEO
> > > >
> > > > > TourSheet LLC
> > > >
> > > > > 312.502.8149
> > > >
> > > > >
> > > >
> > > > >
> > > >

> > > > > On 3 Feb 2008 09:20:15 -0800, dclement@maponics.com
> > > >
> > > > > <dclement@maponics.com> wrote:
> > > >
> > > > > > Darrin Clement sent a message using the contact form at
> > > >
> > > > > > http://www.toursheet.com/contact.
> > > >
> > > > > > >
> > > >
> > > > > > Hi Kyle,
> > > >
> > > > > > >
> > > >
> > > > > > I saw your question on LinkedIn about neighborhood map data.
> Since
> > I
> > > >
> > > > > > couldn't respond to the question (it was closed), I figured I'd
> > > > introduce
> > > >
> > > > > > myself - let me know if you want to talk more about it.
> > > > www.maponics.com
> > > >
> > > > > > >
> > > >
> > > > >
> > > >
> > > > > >
> > >
> > >
> >
> >
>
>