**From:** "Louis Cammarosano" <Louis@homegain.com>
**Date:** July 10, 2007 3:54:23 PM PDT
**To:** <dclement@maponics.com>
**Cc:** "Tom Newell" <TomN@homegain.com>
**Subject: RE: Bernt Wahl/Factle Maps**

Darrin
I don't know what he is doing, but he has no legal right to sell the data. Could you find out from one of your customers exactly what data he is trying to sell "dirt cheap"?
If it is indeed the HG data we can send a cease and desist letter.
Tom
Could you pull Bern't contract


**From:** Darrin Clement [Maponics] [mailto:dclement@maponics.com]
**Sent:** Tuesday, July 10, 2007 1:39 PM
**To:** 'Louis Cammarosano'
**Cc:** 'Tom Newell'
**Subject:** RE: Bernt Wahl/Factle Maps


Hi guys,

More on this - Bernt is now calling our customers, offering to sell them the data "outright" for dirt cheap and we have him quoted as saying "don't tell Maponics".  In other words, he's telling people they would OWN the data, not license the data.  I really need to see what the contract is he has in place with you guys to find out if he's doing something illegal.  Then, perhaps a call from your legal council or ours with a "cease and desist" tone would be warranted.  We need to act quickly.

Thanks.


**From:** Louis Cammarosano [mailto:Louis@homegain.com]
**Sent:** Sunday, July 08, 2007 10:26 AM
**To:** dclement@maponics.com
**Cc:** Tom Newell
**Subject:** RE: Bernt Wahl/Factle Maps

Darrin
Thanks for this. I was unaware of any of it
MSFT declined licensing our maps back earlier this year because they wanted to license data that someone could service.
We did not license to Google or Yahoo.
As you know Google turned us down on price and you were negotiating with Yahoo.
I don't know that Bernt negotiated any thing further with these three parties.
Tom could you kindly speak to Bernt and find out what has and has not transpired.

**From:** Darrin Clement [Maponics] [mailto:dclement@maponics.com]
**Sent:** Sun 7/8/2007 4:18 AM
**To:** 'Louis Cammarosano'; 'Tom Newell'
**Subject:** RE: Bernt Wahl/Factle Maps

According to Bernt's blog, he's already signed Microsoft and possibly Yahoo and Google (see 2/3 of the way down in this link):
http://web.mac.com/berntwahl/iWeb/Factle/Blog/FDDC4476-80BD-4515-86A0-1B7BB3BF3070.html#comment_layer

Did you all get paid for that?

I've seen him post things in other places saying they were the original compiler of the Trulia data. I'm confused, and concerned that either I'm missing some information or that he's lying. When you gave him notice, what was his response? Silence? Agreement? Agitation?

..........
Did you know?
**-> Maponics** is the only true mapping company licensing neighborhood boundaries
**->** USPS.com sends their business customers to **Maponics** for ZIP Code and Carrier Route maps.
**-> Maponics** offers hundreds of maps through our online store, including interactive Flash maps

**-> Maponics** serves 20% of the Fortune 500

..........
**800-762-5158**

Legal Stuff We Take Seriously: © 2007. Note: Any pricing information or customer specifications contained in this message is privileged and confidential, and may be protected from disclosure and forwarding to others outside your organization. If you have received this communication in error, please notify us immediately by replying to the sender named above and deleting this message from your computer. Thank you.

**From:** Louis Cammarosano [mailto:Louis@homegain.com]
**Sent:** Saturday, July 07, 2007 9:36 PM
**To:** dclement@maponics.com; Tom Newell
**Subject:** RE: Bernt Wahl/Factle Maps


Hi Darrin
We have given Bernt notice. I recall the 60 day notice period so it would be the end of July. Tom can you pull the contract? Bernt has not contacted us with any deals that he offered at fire sale price or any other prices.
Has Zip licensed the maps?
Louis


**From:** Darrin Clement [Maponics] [mailto:dclement@maponics.com]
**Sent:** Sat 7/7/2007 6:17 PM
**To:** 'Louis Cammarosano'; 'Tom Newell'
**Subject:** Bernt Wahl/Factle Maps

Hi Louis,

I've heard that Bernt is offering the data at "fire sale" prices. Can you confirm that you have given him notice and can you also forward to me the details of what he is/isn't allowed to be doing with the data under your contract (which expires at the end of July right)?

Thanks!

..........

Did you know?

**-> Maponics** is the only true mapping company licensing neighborhood boundaries

**->** USPS.com sends their business customers to **Maponics** for ZIP Code and Carrier Route maps.

**-> Maponics** offers hundreds of maps through our online store, including interactive Flash maps

**-> Maponics** serves 20% of the Fortune 500

..........

**800-762-5158**

Legal Stuff We Take Seriously:  © 2007.  Note: Any pricing information or customer specifications contained in this message is privileged and confidential, and may be protected from disclosure and forwarding to others outside your organization. If you have received this communication in error, please notify us immediately by replying to the sender named above and deleting this message from your computer. Thank you.