1  George Frost (CA Bar # 158728)
   Law Offices of George Frost
2  2930 Magnolia Street
   Berkeley, CA 94705
3  Telephone: (510) 666-0141
   Facsimile: (510)_295-2562
4   geofrost@comcast.net

5  Alexander Volchegursky (CA Bar # 209172)
   235 Montgomery Street, Suite 600
   San Francisco, CA 94104
6  Telephone: (415) 986-4000
   Facsimile: (415) 986-4001
7
   Attorneys for Plaintiff
8  Maponics, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, a Vermont limited liability company,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BERNT WAHL, an individual; FACTLE, a California corporation; and DOES 1-20, inclusive<br><br>                    Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: C07-05777<br><br>**REQUEST FOR JUDICIAL NOTICE** |

Request for Judicial Notice                           1

Plaintiff and Counter-Defendant Maponics, LLC ("Maponics") and Counter-Defendant Darrin Clement ("Clement"), by and through its attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence § 201 of the following facts:

1. Counsel to Defendants and Counter-Claimants Bernt Wahl and Factle, Mark L. Pettinari, sent a letter to counsel to Maponics and Clement, George G. Frost, dated April 27, 2008, regarding provision to third parties of neighborhood mapping data, a true and correct copy of which is attached hereto as Exhibit A.

Dated: May 7, 2008

                                      Respectfully Submitted,

                    By:       /s/ George Frost
                              George Frost
                              Counsel for Plaintiff and
                              Counter-Defendant