LAW OFFICES OF GEORGE FROST
2930 MAGNOLIA STREET
BERKELEY CA 94705
510-647-8863 (O)
510-295-2562 (Facsimile)
415-606-9804 (Mobile)
Skype: GeorgeJFrost

**May 6, 2008**

Law Offices of Mark L. Pettinari
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone:  415-240-4200
Facsimile:  415-240-4202
Direct Dial:  415-240-4201
Email:  mlpettinari@mlplawoffices.com

Mark,

     We respectfully disagree with your claim that no distribution took place after the termination of Mr. Wahl's license from HomeGain, i.e., after July 29, 2007.  I found no legal support whatsoever for your interpretation.  Distribution is distribution.  The license had expired.  It matters not that prior to distribution, your client first ran the copyrighted material through a "filter."

     I repeat my request that you provide whatever authority you may have to support your view.

     That said, neither of our clients benefit from a protracted dispute.  If you have a counterproposal for settlement, please make it.  As you know, we have a deadline for filing a response on Thursday.  We do not believe that any statements of Darrin Clement made with respect to your client were defamatory or caused demonstrable special damage.  Indeed, all the statements of which I am aware were made directly in connection with this litigation, and were absolutely privileged.

     We are confident that the law and the facts are on our side, and my client is prepared to take this as far as is needed.  We are willing to entertain your proposal if received by noon tomorrow.

     Thank you.

     George Frost