George Frost (CA Bar # 158728)
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (510) 647-8863
Facsimile: (510)_295-2562
   geofrost@comcast.net

Alexander Volchegursky (CA Bar # 209172)
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 986-4000
Facsimile: (415) 986-4001

Attorneys for Plaintiff
Maponics, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAPONICS, LLC, a Vermont limited liability company,<br><br>            Plaintiff,<br>   vs.<br><br>BERNT WAHL, an individual; FACTLE, a California Corporation, and DOES 1-20, inclusive<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: Case No.: C07-05777<br><br>**[PROPOSED] ORDRE GRANTING MOTION TO DISMISS THE COUNTERCLAIMS PURSUANT TO FED. RULES CIV. PROC. §§ 12(b)(2) AND 12(b)(6)**<br><br>**DATE:** July 16, 2008<br>**TIME:**    10:00 a.m.<br>**JUDGE**: Hon. Bernard Zimmerman |

The motion of Plaintiff and Counterdefendants Maponics, LLC and Darrin Clement to dismiss the Counterclaims of Defendants and Counterclaimants Bernt Wahl and Factle came on for hearing before this Court, George Frost appearing for Plaintiff and Counterdefendants, and Mark L. Pettinari appearing for Defendants and.  After consideration of the briefs and the arguments of counsel, and all other matters presented to this court, IT IS HEREBY ORDERED that Plaintiff and Counterdefendants' motion to

dismiss the Counterclaims pursuant to Fed. Rules Civ. Proc. § 12(b)(2) and 12(b)(6) is hereby GRANTED, and the Counterclaims are hereby dismissed, with leave to amend.

Dated: _____, 2008

_____
Hon. Bernard Zimmerman
United States Magistrate Judge