George Frost (CA Bar # 158728)
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (510) 666-0141
Facsimile: (510)_295-2562
geofrost@comcast.net

Alexander Volchegursky (CA Bar # 209172)
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 986-4000
Facsimile: (415) 986-4001

Attorneys for Plaintiff
Maponics, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAPONICS, LLC, a Vermont limited liability company, | Case No.: C07-05777 |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE** |
| vs. | |
| BERNT WAHL, an individual; FACTLE, a California corporation; and DOES 1-20, inclusive | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

Request for Judicial Notice                1

Plaintiff and Counter-Defendant Maponics, LLC ("Maponics") and Counter-Defendant Darrin Clement ("Clement"), by and through its attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence § 201 of the following facts:

1. Counsel to Defendants and Counter-Claimants Bernt Wahl and Factle, Mark L. Pettinari, sent a letter to counsel to Maponics and Clement, George G. Frost, dated April 27, 2008, regarding provision to third parties of neighborhood mapping data, a true and correct copy of which is attached hereto as Exhibit A.

Dated: May 7, 2008

Respectfully Submitted,

By:     /s/ George Frost
    George Frost
    Counsel for Plaintiff and
    Counter-Defendant