THE LAW OFFICES OF
MARK L. PETTINARI

STOCK EXCHANGE TOWER
155 SANSOME STREET, SUITE 400
SAN FRANCISCO, CA 94104
TELEPHONE: 415-240-4200
FACSIMILE: 415.240.4202

Writer's E-Mail:
mlpettinari@mlplawoffices.com

Writer's Direct Dial:
(415) 240-4201

Our File No.: 1020-002

April 27, 2008

*VIA ELECTRONIC MAIL AND*
*CONFIRMATION BY USPS FIRST CLASS MAIL*

George Frost, Esq.
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705

        Re:    *Maponics, LLC v Bernt Wahl and Factle*; USDC ND Cal.
              Civil Action No. 07-CV-5777-BZ

Dear George:

    This is in response to your letter to me dated April 17, 2008.

    This is to confirm that the files identified as Factle map samples that were attached to your email to me dated, April 7, 2008, which you identified in your letter of April 17, 2008, as being obtained from Neighboroo were in fact provided by Factle to Neighboroo, one of its licensees of the HomeGain mapping data. As I have previously advised you, the original HomeGain data that was provided to Factle licensees proved to be problematic. There were duplicate points and other errors, so Factle ran the data through an error corrector filter and resent the same data with the corrections to licensees of the HomeGain data. Neighboroo was a Factle licensee of the HomeGain data and was therefore provided the corrected data that the other Factle licensees of HomeGain data were provided.

    As I have previously explained to you, no new data was provided to any of the licensees. The Factle images you attached to your email of April 7, 2008 are from the corrected HomeGain data that was licensed to Neighboroo long before July 29, 2007.

    As we have repeatedly advised you, no new licenses to the HomeGain mapping data were entered into by Factle at any time after July 29, 2008. Based on the correspondence received from you to-date, we believe your client's claim of copyright infringement is based on the corrected HomeGain data that was provided by Factle to its licensees so that the data licensed prior to July 29, 2007, could be used as it was intended to be used. This does not give rise to copyright infringement. If that is what you are relying on to support your claims in this

THE LAW OFFICES OF
MARK L. PETTINARI

George Frost, Esq.
April 27, 2008
Page 2

case, we urge you to discuss the ramifications of proceeding with your client and to persuade your client to dismiss his claims against my clients without further delay. In the alternative, in the interest of resolving this matter, we would appreciate your providing us with the factual basis of your client's claims.

    If you have any questions, let me know. Otherwise, we look forward to receiving your prompt response so that the expense of further litigation can be avoided.

Very truly yours,

Mark L. Pettinari

cc:    Alexander Volchegursky, Esq.