THE LAW OFFICES OF
MARK L. PETTINARI

STOCK EXCHANGE TOWER
155 SANSOME STREET, SUITE 400
SAN FRANCISCO, CA 94104
TELEPHONE: 415-240-4200
FACSIMILE: 415.240.4202

Writer's E-Mail:
mlpettinari@mlplawoffices.com

Writer's Direct Dial:
(415) 240-4201

Our File No.: 1020-002

May 5, 2008

*VIA ELECTRONIC MAIL AND*
*CONFIRMATION BY USPS FIRST CLASS MAIL*

George Frost, Esq.
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705

        Re:   *Maponics, LLC v Bernt Wahl and Factle*; USDC ND Cal.
                Civil Action No. 07-CV-5777-BZ

Dear George:

    This letter is in response to your letter to me dated April 30, 2008.

    I believe you remain confused. If I used the term "corrected" to give you the impression that a derivative work of the HomeGain mapping data was created by Factle, I was clearly wrong.

    As I've tried to explain, when Factle learned from its licensees that the HomeGain mapping data they had been provided pursuant to their license was not working as it should have, Factle ran the code through a generic filter and sent it to the Factle licensees so that the mapping data would function as it was intended to function. No code was written and nothing in the HomeGain mapping data was corrected to change or alter the resultant image. No information was added or detracted from the HomeGain mapping data that was run through the generic filter. No originality was added or removed from the HomeGain mapping data. There was no alteration of the HomeGain mapping data that was licensed. Moreover, the filtered data was not an update to the HomeGain mapping data that was licensed. In summary, no derivative work was created from the HomeGain mapping data that Factle provided to its licensees.

    In addition and to reiterate, no licenses of the HomeGain mapping data have been entered into by Factle or Mr. Wahl since before July 29, 2007 when Factle's right to license the mapping data was terminated.

THE LAW OFFICES OF
MARK L. PETTINARI

George Frost, Esq.
May 5, 2008
Page 2

  I have no idea what you mean by "* * * Mr. Wahl's purported transfer of rights to another entity and his associates in Indonesia." To what do you refer by this statement?

  We do believe that settlement of the disputes between our clients is preferable to embarking on expensive litigation. However, neither Mr. Wahl nor Factle has infringed on U.S. Copyright Registration No. VA 1-377-209, a registration which they have also claimed is invalid and unenforceable. What do you propose as a structure for settlement of all of the claims in this litigation, since the structure you previously suggested is not acceptable and does not address any of the claims averred by my clients?

  If you have any questions, let me know. Otherwise, we look forward to receiving your prompt response so that the expense of further litigation can be avoided.

Very truly yours,

Mark L. Pettinari

cc: Alexander Volchegursky, Esq.