UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAPONICS, LLC,

        Plaintiff(s),        No. C07-5777 BZ

    v.                        **BRIEFING ORDER**

BERNT WAHL, ET AL.,

        Defendant(s).

    Having received counterdefendants Maponics LLC and Darrin Clement's motion to dismiss counterclaims noticed for hearing on July 16, 2008, **IT IS HEREBY ORDERED** as follows:

    1.  Counterclaimant's opposition shall be filed by **May 28, 2008**;

    2.  Counterdefendants' reply, if any, shall be filed by **June 4, 2008**.

Dated: May 9, 2008

                                       Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\MAPONICS\BRIEFING ORDER.wpd

1