Mark L. Pettinari (CA Bar No.: 119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:    (415) 240-4200
Facsimile:    (415) 240-4201
Email:        mlpettinari@mlplawoffices.com

*Attorneys for Defendants and Counterclaimants*
*Bernt Wahl and Factle*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, a Vermont liability company,<br><br>               Plaintiff,<br><br>      vs.<br><br>BERNT WAHL, an individual, FACTLE, a California corporation, and DOES 1-20, inclusive,<br><br>               Defendants.<br><br>_____<br><br>BERNT WAHL, an individual and FACTLE a California corporation,<br><br>               Counter Plaintiffs,<br><br>      vs.<br><br>MAPONICS, LLC, a Vermont liability company and DARRIN CLEMENT, an individual,<br><br>               Counter Defendants.<br>_____ | Case No.: C07-05777-BZ<br><br>**[Proposed] ORDER GRANTING JURISDICTIONAL DISCOVERY AND SETTING DATES FOR FILING A SUPPLEMENTAL OPPOSITION AND HEARING ON THE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>The Honorable Bernard Zimmerman<br><br><br><br>Date:  July 16, 2008<br>Time:  10:00 a.m.<br>Place: Courtroom G, 15th Floor |

Counterclaimants Motion for to Permit Discovery in Support of Counterclaimants' Opposition to the Motion to Dismiss for Lack of Personal Jurisdiction, setting the dates for Supplementing the Opposition and Holding a Hearing on the Motion to Dismiss came on for hearing on July 16, 2008, before the Honorable Bernard Zimmerman, Magistrate Judge of the above-entitled court. All parties received notice and an opportunity to be heard. The Court being fully apprised in the matter and finding good cause therefore,

**IT IS HEREBY ORDERED** that Counterclaimants are permitted to conduct limited discovery in the form of requests for production of documents and things from all parties in the action and on non-parties under Rule 34 of the Federal Rules of Civil Procedure and depositions under Rule 30(b)(6) of the Federal Rules of Civil Procedure to support its opposition to the motion to dismiss for lack of jurisdiction filed by Counter defendant Darrin Clement.

**IT IS FURTHER ORDERED** that Counterclaimants serve and file their supplemental papers in opposition to the motion to dismiss for lack of personal jurisdiction no later than August 29, 2008, that any reply papers be served and filed no later than September 9, 2008, and that a hearing be held on September 17, 2008 before the Honorable Magistrate Judge Bernard Zimmerman in Courtroom G, 15th Floor, Federal Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated this ____ day of _____, 2008.        _____
                                            Honorable Bernard Zimmerman
                                            United States Magistrate Judge