Mark L. Pettinari (CA Bar No.: 119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 240-4200
Facsimile:  (415) 240-4201
Email:  mlpettinari@mlplawoffices.com

*Attorneys for Defendants and Counterclaimants*
*Bernt Wahl and Factle*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, a Vermont liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>BERNT WAHL, an individual, FACTLE, a California corporation, and DOES 1-20, inclusive,<br><br>            Defendants.<br><br>_____<br><br>BERNT WAHL, an individual and FACTLE a California corporation,<br><br>            Counter Plaintiffs,<br><br>    vs.<br><br>MAPONICS, LLC, a Vermont liability company and DARRIN CLEMENT, an individual,<br><br>            Counter Defendants.<br>_____ | Case No.:  C07-05777-BZ<br><br>**[Proposed] ORDER STRIKING COUNTER DEFENDANTS' EXTRINSIC EVIDENCE AND DENYING THE REQUESTS FOR JUDICIAL NOTICE**<br><br>The Honorable Bernard Zimmerman<br><br><br><br><br>Date:  July 16, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom G, 15th Floor |

1  Counterclaimants Motion to Strike Extrinsic Evidence and Deny the Requests for
2  Judicial Notice came on for hearing on July 16, 2008, before the Honorable Bernard
3  Zimmerman, Magistrate Judge of the above-entitled court.  All parties received notice and
4  an opportunity to be heard.  The Court being fully apprised in the matter and finding good
5  cause therefore,
6  **IT IS HEREBY ORDERED** that paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, and 14 of
7  the Declaration of Darrin Clement, filed May 8, 2008, and all exhibits attached thereto shall
8  be stricken and excluded by the Court from consideration on Counter defendants' Rule
9  12(b)(6) motion to dismiss, filed May 8, 2008.
10  **IT IS FURTHER ORDERED** that Counter defendants Requests for Judicial
11  Notice, filed May 8, 2008, are denied and shall be excluded by the Court from consideration
12  on Counter defendants' Rule 12(b)(6) Motion to Dismiss, filed May 8, 2008.
13
14  Dated this ____ day of _____, 2008.      _____
                                              Honorable Bernard Zimmerman
15                                            United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26