IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Maponics, LLC,**

        Plaintiff(s),

  v.

**Bernt Wahl, et al.,**

        Defendant(s),
_____/

No. C07-5777 BZ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference will follow the Motion to Dismiss and Motion to Strike hearing set for **July 16, 2008** at **10:00 a.m.** before the Honorable Bernard Zimmerman. The Joint Case Management Conference Statement is due 10 days prior to the conference. The previously set date of **June 23, 2008** at **4:00 p.m.** is hereby **VACATED**.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 30, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
    Lashanda Scott
    Courtroom Deputy