George Frost (CA Bar # 158728)
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (510) 647-8863
Facsimile: (510)_295-2562
 geofrost@comcast.net

Alexander Volchegursky (CA Bar # 209172)
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 986-4000
Facsimile: (415) 986-4001

Attorneys for Plaintiff
Maponics, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAPONICS, LLC, a Vermont limited liability company,<br><br>Plaintiff,<br>vs.<br><br>BERNT WAHL, an individual; FACTLE, a California Corporation, and DOES 1-20, inclusive<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: Case No.: C07-05777<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS THE COUNTERCLAIMS PURSUANT TO FED. RULES CIV. PROC. §§ 12(b)(2) AND 12(b)(6)**<br><br>**DATE:** July 16, 2008<br>**TIME:**   10:00 a.m.<br>**JUDGE**: Hon. Bernard Zimmerman |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 16, 2008 at 10:00 a.m. or as soon thereafter as this matter may be heard in the above entitled court, located at 450 Golden Gate Ave., San Francisco,

1

California, in the courtroom of the Hon. Bernard Zimmerman, Counterdefendants Maponics LLC ("Maponics"), a Vermont limited liability company, and Darrin Clement ("Clement"), an individual, will and hereby does move this Court, to dismiss the Counterclaims of Bernt Wahl ("Wahl") and Factle, a California corporation ("Factle," collectively with Wahl, the "Counterclaimants") (i) pursuant to FRCP 12(b)(2) on the grounds that this Court lacks personal jurisdiction over Clement, a resident of Vermont, and (ii) pursuant to FRCP 12(b)(6) on the grounds that the Counterclaims fail to state a claim upon which relief can be granted, specifically, that all of the Counterclaimants' tort-based claims, and the derivative California UCL claim, against both Clement and Maponics fail because Counterclaimants has not alleged that either engaged in any conduct that was actionable, and the alleged conduct is absolutely privileged.

The motion is based on this Amended Notice of Motion and Motion, the Memorandum of Points and Authorities filed previously with this Court, and the pleadings and other papers filed herein.

DATED:  June 4, 2008                           LAW OFFICES OF GEORGE FROST


By ___/s/ George Frost_____
   George Frost
   Alex Volchegursky
   Attorneys for Plaintiff