UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAPONICS, LLC

                Plaintiff(s),

           v.

BERNT WAHL; FACTLE

                Defendant(s).
_____ /

CASE NO. C07-05777 BZ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process

✓     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference July 16, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| George Frost | Maponics, LLC | (510) 666-0141 | GeoFrost@comcast.net |
| Mark Pettinari | Bernt Wahl; Factle | (415) 240-4200 | mlpettinari@mlplawoffices.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 07/07/2008

/s/ George Frost
Attorney for Plaintiff

Dated: 07/07/2008

/s/ Mark Pettinari
Attorney for Defendant

Rev 12.05