George Frost (CA Bar # 158728)
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (510) 666-0141
Facsimile: (510)_295-2562
geofrost@comcast.net

Alexander Volchegursky (CA Bar # 209172)
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 986-4000
Facsimile: (415) 986-4001

Attorneys for Plaintiff
Maponics, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAPONICS, LLC, a Vermont limited liability company,<br><br>                    Plaintiff,<br>        vs.<br><br>BERNT WAHL, an individual; FACTLE, a California corporation; and DOES 1-20, inclusive<br><br>                    Defendants. | Case No.: C07-05777<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, Section 636(c), the undersigned Darrin Clement hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Said consent is given subject to objections to, and without waiving any right to challenge, personal jurisdiction of this court.

Dated:   July 10, 2008

                              Respectfully Submitted,

By:       /s/ George Frost
        George Frost
        Counsel for Plaintiff