Mark L. Pettinari (CA Bar No.: 119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:   (415) 240-4200
Facsimile:    (415) 240-4201
Email:         mlpettinari@mlplawoffices.com

*Attorneys for Defendants and Counterclaimants
Bernt Wahl and Factle*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPONICS, LLC, a Vermont liability company, <br><br> Plaintiff, <br><br> vs. <br><br> BERNT WAHL, an individual, FACTLE, a California corporation, and DOES 1-20, inclusive, <br><br> Defendants. | Case No.: C07-05777-BZ <br><br> **ADR CERTIFICATION BY BERNT WAHL, FACTLE, AND THEIR COUNSEL** |
| BERNT WAHL, an individual and FACTLE a California corporation, <br><br> Counter Plaintiffs, <br><br> vs. <br><br> MAPONICS, LLC, a Vermont liability company and DARRIN CLEMENT, an individual, <br><br> Counter Defendants. | |

Civil Action No.: C07-05777-BZ                                                                                         1
**ADR CERTIFICATION BY BERNT WAHL, FACTLE, AND THEIR COUNSEL**

Pursuant to Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b), Defendants and Counterclaimants BERNT WAHL and FACTLE and their counsel certifies that they have:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* that is available on the Court's ADR Internet site (www.adr.cand.uscourts.gov) or in hard copy;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Respectfully submitted,

Date: July 12, 2008   By: *Bernt Wahl*
Bernt Wahl, individually
and on behalf of Factle

Date: July 13, 2008   By: *Mark L. Pettinari*
Mark L. Pettinari

*Attorney for Defendants and Counterclaimants Bernt Wahl and Factle*