1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11  MAPONICS, LLC,                )
                                  )
12          Plaintiff(s),         )    No. C 07-5777 BZ
                                  )
13      v.                        )    **CLERK'S NOTICE REGARDING**
                                  )    **TENTATIVE RULING ON**
14  BERNT WAHL, et al.,           )    **COUNTERDEFENDANTS'**
                                  )    **MOTION TO DISMISS**
15          Defendant(s).         )
                                  )
16

17      Attached to this Clerk's Notice is a Draft Order
18  representing a tentative ruling on Counterdefendants' Motion
19  To Dismiss.  The July 16, 2008, hearing remains on calendar.
20  Dated:  July 14, 2008
21
22                          _____*Rose Maher*_____
                            Rose Maher - Deputy Clerk to
23                          Magistrate Judge Bernard Zimmerman
24
25
    G:\BZALL\-BZCASES\MAPONICS\CLERKSTENTATIVERULING.NOT.wpd
26
27
28

                                 1