## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **7-16-08**                                              Time: **10:00 a.m.**

**C 07-5777 BZ**

**Maponics, LLC**   v **Bernt Wahl, et al.**

Attorneys:     Pltf: George Frost     Deft: Mark L. Pettinari
Deputy Clerk: **Simone Voltz**              Reporter: **Lydia J. Zinn 10:08-10:47a.m.**

**PROCEEDINGS:**                                               **RULING:**

1. Plaintiff's Motion to Dismiss                                        Matter held
2. Plaintiff's Amended Motion to Dismiss for Lack of Jurisdiction       Matter held
3. Defendant's Motion to Strike Extrinsic Evidence                      Matter held
4. Defendant's Motion to Permit Discovery                               Matter held
5. Initial Case Management Conference                                   Matter held

(  ) Status Conference     (  ) P/T Conference     ( x ) Case Management Conference

**ORDERED AFTER HEARING:**
Court to prepare Scheduling Order; Case referred to Court sponsored Mediation; Session to occur within 2 to 3 months; Dispositive Motion hearing set for May 6, 2009 at 10:00a.m.; Initial Disclosures to be completed by 7/31/08; Counsel can begin taking Discovery immediately.
( x ) ORDER TO BE PREPARED BY:     Plntf_____     Deft_____     Court_x_

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO _____     for _____

Discovery Cut-Off_____     Expert Discovery Cut-Off_____

Plntf to Name Experts by _____     Deft to Name Experts by_____

P/T Conference Date_____     Trial Date **7/6/09 at 8:30a.m.**  Set for **7** days
                                        Type of Trial:  ( x )Jury     (  )Court
Notes: _____

cc: ADR Department