ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

July 16, 2008

George Frost
Law Offices of George Frost
2930 Magnolia Street
Berkeley, CA 94705
(510) 666-0141

Bernt Wahl
P.O. Box 13991
Berkeley, CA 94712
(510) 647-9205

Mark Lee Pettinari
Law Offices of Mark L. Pettinari
155 Sansome Street, Suite 400
San Francisco, CA 94104
415/240-4200

Re:   Maponics, LLC v. Wahl
      Case No. C 07-05777 BZ MED

Dear Counsel and Mr. Wahl:

We have received notification from Bernard Zimmerman that the referenced case was referred to Mediation on July 16, 2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We would like to schedule this for **Wednesday, July 23, 2008 at 10:30 a.m. PDT**. This office will initiate the call. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator